Action by Ben H. Atwell against Max Rabinoff. N. G. Goldberger, of New York City, for appellant. E. Sondheim, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, with leave to plaintiff to renew motion upon proper papers. Order filed. See, also, 142 N. Y. Supp. 1107.

AUGINS, Respondent, v. ROSS, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Simon Augins against Benjamin M. Ross. No opinion. Judgment and order affirmed, with costs.

BANDEMER, Appellant, v. CALVIN RITTER PROTESTANT BENEFICIAL SOCIETY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Action by Frederick L. Bandemer against the Calvin Ritter Protestant Beneficial Society. No opinion. Judgment affirmed, with costs.

BANKERS' TRUST CO. v. R. E. DIETZ CO. et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the Bankers' Trust Company against the R. E. Dietz Company and others. No opinion. Motion granted, on conditions stated in opinion. Opinion per curiam. Settle order on notice. See, also, 151 App. Div. 939, 135 N. Y. Supp. 1099.

BARD, Respondent, v. JOHN SINGLE PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Action by Jennie L. Bard, as administratrix, etc., against the John Single Paper Company. No opinion. Judgment and order affirmed, with costs.

BARDIN, Appellant, v. SALISBURY et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Della Bardin against Martha Annie Salisbury and others. PER CURIAM. Judgment unanimously affirmed, with costs to defendants Johnston. HOWARD, J., not sitting.

BARNES et al., Respondents, v. MIDLAND RAILROAD TERMINAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Sarah H. Barnes and others against the Midland Railroad Terminal Company. No opinion. Order affirmed, without costs. See, also, 157 App. Div. 937, 142 N. Y. Supp. 1107.

BARRY, Appellant, v. SOLVAY PROCESS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. September 24, 1913.) Action by Patrick M. Barry, as administrator, etc., against the Solvay Process Company. No opinion. Motion for reargument (of 157 App. Div. 941, 142 N. Y. Supp. 1107) denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

BARTON et al., Appellants, v. REYNOLDS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Action by Emma L. Barton and others against Jennie B. Reynolds and another, as administrators, etc. PER CURIAM. Interlocutory judgment (81 Misc. Rep. 15, 142 N. Y. Supp. 895) modified, by striking out the words "upon the merits," and, as so modified, affirmed, with costs, with leave to the plaintiff to amend within 20 days, upon payment of the costs of the demurrer and of this appeal. FOOTE and MERRELL, JJ., dissent.

In re BECKER. (Supreme Court, Appellate Division, First Department. October 17, 1913.) In the matter of John Becker, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BEEBE, Respondent, v. BEEBE, Appellant. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Action by Mary E. Beebe against Silas P. Beebe. No opinion. Order modified, by providing that the date from which alimony shall be payable shall be June 10, 1913 (Thrall v. Thrall, 83 Hun, 188, 31 N. Y. Supp. 591), and, as thus modified, affirmed, without costs.

BERKOWITZ v. BAUMAN et al. (Supreme Court, Appellate Term, First Department. November 10, 1913.) Appeal from City Court of New York, Special Term. Action by Wolf Berkowitz against Joseph Bauman and Samuel Bauman, doing business as J. Bauman & Bro. and J. & S. Bauman, Incorporated. From an order vacating an order for the examination of plaintiff before trial, defendants appeal. Order reversed. Nadai, Jones & Mowton, of New York City (Bernard G. Barton, of New York City, of counsel), for appellants. Lester M. Friedman, of New York City, for respondent. PER CURIAM. We think that, under a fair construction of the stipulation entered into between the parties, the plaintiff waived the right to move to vacate the order for his examination. Schweinburg v. Altman, 131 App. Div. 795, 116 N. Y. Supp. 318. The order is therefore reversed, with $10 costs and disbursements, and motion denied.

BERLIN CONST. CO., Respondent, v. EXETER MACH. WORKS, Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by the Berlin Construction Company against the Exeter Machine Works. L. D. Ball, of New York City, for appellant. S. A. Lowenstein, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.